UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:

    ✱ FRANKLYN KHAN

Case No. ✗ 8-14 72238-AST
Chapter: ✗ 7

Debtor(s)
-----------------------------------------------------------------------x

### AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

√ FRANKLYN KHAN , undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter __7__ of the Bankruptcy Code on __May 15# 2014__.

2. Filed herewith is an amendment to __Schedule F__ [indicate list(s), schedule(s) or statement(s) being amended] previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4. [If creditor records have been added or deleted, or mailing addresses corrected] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: ✗ 5-23-14

_____
(Signature of Debtor)

Sworn to before me this_____
day of_____, 2011

_____
Notary Public, State of New York

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

USBC-63                                                       Rev. 11/1/11

B 6F (Official Form 6F) (12/07) - Cont.

In re   Franklyn Khan                              ,            Case No. _____
            Debtor                                                              (if known)

*AMENDED*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Capital One Bank<br>P.O. Box 30295<br>Salt Lake City, UT 84130-0285 | | H | 06/2009 | | | | 4,445.00 |
| ACCOUNT NO.<br>First Premier Bank<br>P.O. Box 5524<br>Sioux Falls, SD 57117-5524 | | H | 08/2009 | | | | 771.00 |
| ACCOUNT NO.<br>Cablevision<br>1111 Stewart Avenue<br>Bethpage, NY 11714 | | H | 01/2012 | | | | 577.00 |
| ACCOUNT NO.<br>LIPA/PSEGLI<br>175 E. Old Country Road<br>Hicksville, NY 11801 | | H | 03/2013 | | | | 1,788.00 |
| ACCOUNT NO.<br>Sprint<br>6391 Sprint Parkway<br>Overland, KS 66251-4300 | | H | 06/2012 | | | | 875.00 |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ 8,456.00

Total► $ 41,838.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re **Franklyn Khan**_____,     Case No. _____
           Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Town of Brookhaven<br>c/o Town Attorney<br>1 Independence Hill<br>Farmingville, NY  11738 | | H | 03/14/2014 | | | | 2,279.00 |
| ACCOUNT NO.<br><br>Asset Acceptance Corp.<br>c/o Forster and Garbus<br>500 BiCounty Blvd, POB 9300<br>Farmingdale, NY  11735 | | H | 06/30/2009 | | | | 1,849.00 |
| ACCOUNT NO.<br><br>Capital One Bank<br>c/o Forster and Garbus<br>500 BiCounty Blvd., POB 9300<br>Farmingdale, NY  11735 | | H | 05/20/2009 | | | | 3,064.00 |
| ACCOUNT NO.<br><br>Capital One Bank<br>c/o Forster and Garbus<br>500 BiCounty Blvd., POB 9300<br>Famringdale, NY  11735 | | H | 04/06/2009 | | | | 1,301.00 |
| | | | | | | Subtotal▶ | $ 8,493.00 |

__3__ continuation sheets attached

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Franklyn Khan_____,                    Case No. _____
               Debtor                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Usha Srivastava<br>c/o Mullen and Iannarone<br>300 E. Main Street<br>Smithtown, NY 11787 | | H | 01/21/2009 | | | | 2,560.00 |
| ACCOUNT NO.<br><br>Credit Acceptance<br>25505 W.12 Mile Road<br>Southfield, MI 48034 | | | 08/2009 | | | | 17,430.00 |
| ACCOUNT NO.<br><br>IC Systems, Inc.<br>P. O. Box 64378<br>St.Paul, MN 55164 | | H | 03/2009 | | | | 786.00 |
| ACCOUNT NO.<br><br>LVNV Funding, Inc.<br>9700 Bissonnet Suite 2000<br>Houston,TX 77036 | | H | 01/2009 | | | | 2,209.00 |
| ACCOUNT NO.<br><br>Capital One Bank<br>P.O. Box 30295<br>Salt Lake City, UT 84130-0285 | | H | 07/2009 | | | | 1,904.00 |

Sheet no. __2__ of __3__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 24,889.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Franklyn Khan                              ,          Case No. _____
              Debtor                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Capital One Bank<br>P.O. Box 30295<br>Salt Lake City, UT  84130-0285 | | H | 06/2009 | | | | 4,445.00 |
| ACCOUNT NO.<br><br>First Premier Bank<br>P.O. Box 5524<br>Sioux Falls, SD  57117-5524 | | H | 08/2009 | | | | 771.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 5,216.00

Total▶ $ 38,598.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

CABLEVISION
1111 STEWART AVENUE
BETHPAGE, NY 11714

LIPA/PSEGLI
175 E. OLD COUNTRY ROAD
HICKSVILLE, NY 11801

SPRINT
6391 SPRINT PARKWAY
OVERLAND, KS 66251-4300

CABLEVISION  
1111 STEWART AVENUE  
BETHPAGE, NY 11714  

LIPA/PSEGLI  
175 E. OLD COUNTRY ROAD  
HICKSVILLE, NY  11801  

SPRINT  
6391 SPRINT PARKWAY  
OVERLAND, KS 66251-4300