United States Bankruptcy Court
Eastern District of New York

In re:                                                                              Case No. 14-72238-ast
Franklyn Khan                                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-8          User: admin            Page 1 of 1              Date Rcvd: Aug 27, 2014
                              Form ID: 262           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2014.
```
db          +Franklyn Khan,    69 Coventry Avenue,    Mastic, NY 11950-5101
smg         +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
              Brooklyn, NY 11201-3719
smg         +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg         +NYS Unemployment Insurance,    Attn: Isolvency Unit,    Bldg. #12, Room 256,
              Albany, NY 12240-0001
8324643      ASSET ACCEPTANCE CORP.,    C/O FORSTER AND GARBUS,    500 BI COUNTY BLVD.,    P.O. BOX 9300,
              FARMING VILLE. NY 11738
8331415      CABLEVISION,    1111 STEW ART A VENUE,    BETHPAGE, NY 11714
8324644      CAPITAL ONE BANK,    C!O FORSTER AND GARBUS,    500 BICOUNTY BLVD.,    P.O. BOX 9300,
              FARMING VILLE, NY 11738
8324645     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
             (address filed with court:   CREDIT ACCEPTANCE,    25505 W 12 MILE ROAD,    SOUTHFIELD, Ml 48034)
8324648     +INTERNAL REVENUE SERVICE,    ONE METROTECH CENTER,    BROOKLYN, NY 11201-3948
8324649     +KONDAUR CAPITAL CORP,    C!O MCGOVERN AND AMODIO,    2 WILLIAM STREET,    SUITE 306,
              WHITE PLAINS, NY 10601-1916
8327993     +Kondaur Capital Corporation,    McGovern & Amodio, Esqs.,    Two William Street, Suite 306,
              White Plains, NY 10601-1916
8324650     +L VNV FUNDING INC.,    9700 BISSONET,    SUITE 2000,    HOUSTON, TX 77036-8016
8331416     +LIP A/PSEGLI,    175 E. OLD COUNTRY ROAD,    HICKSVILLE, NY 11801-4257
8331417      SPRINT,    6391 SPRINT PARKWAY,    OVERLAND, KS 66251-4300
8324652     +TOWN OF BROOKHAVEN,    C/O TOWN ATTORNEY,    1 INDEPENDENCE HILL,    FARMING VILLE, NY 11738-2150
8324651     +USHA SRIVASTAVA,    CIO MULLEN AND IANNARONE,    300 E MAIN STREET,    SMITHTOWN, NY 11787-2921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Aug 27 2014 18:16:08     United States Trustee,
              Office of the United States Trustee,    Long Island Federal Courthouse,    560 Federal Plaza,
              Central Islip, NY 11722-4456
8334069     +EDI: ATLASACQU.COM Aug 27 2014 18:18:00      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
8324646      EDI: AMINFOFP.COM Aug 27 2014 18:18:00      FIRST PREMIER BANK,    P.O. BOX 5524,
              SIOUX FALLS, SD 57117-5524
8324647     +EDI: IIC9.COM Aug 27 2014 18:18:00      IC SYSTEMS, INC,    P.O. BOX 64378,
              ST. PAUL, MN 55164-0378
                                                                                              TOTAL: 4
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2014 at the address(es) listed below:
```
              Marc A Pergament     mpergament@wgplaw.com, n167@ecfcbis.com
              Michael P Amodio    on behalf of Creditor    Kondaur Capital Corporation mpamodio@optonline.net,
               mpamodio@aol.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                              TOTAL: 3
```

Form BLdfnld7 (12/01/2007)

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

IN RE:                                                                                                       CASE NO: 8−14−72238−ast

Franklyn Khan

69 Coventry Avenue
Mastic, NY 11950
  Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                                          CHAPTER: 7

xxx−xx−8402

                    DEBTOR(s)

## DISCHARGE OF DEBTOR(S)
## ORDER OF FINAL DECREE

A petition under title 11, United States Code was filed by or against the Debtor(s) on May 15, 2014; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the debtor(s) is entitled to a discharge and the estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED**:

- The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

- Marc A Pergament (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.

                                                                         BY THE COURT

Dated: August 27, 2014                                                   s/ Alan S Trust
                                                                         United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**Form BLdfnld7**(12/01/2007)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**